# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH ANTHONY JOHNSON,
     Appellant,
     vs.
THE STATE OF NEVADA,
     Respondent.

No. 77518

**FILED**

DEC 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to withdraw as counsel. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

       *Pickering* , J.
      Pickering

_____ , J.     _____ , J.
Gibbons          Hardesty

cc: Hon. Elissa F. Cadish, District Judge
   Keith Anthony Johnson
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

18-907650